(132 So. 914)

### Alex GRAY v. STATE.
#### 8 Div. 242.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(138 So. 922)

### Mosco GRAY v. STATE.
#### 6 Div. 44.

Court of Appeals of Alabama.
Jan. 12, 1932.

RICE, J.
Affirmed.

(133 So. 923)

### Andrew J. GREATHOUSE v. STATE.
#### 2 Div. 477.

Court of Appeals of Alabama.
April 14, 1931.

SAMFORD, J.
Appeal dismissed.

(132 So. 915)

### Harve GREEN v. STATE.
#### 8 Div. 207.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(132 So. 914)

### R. T. GREEN v. STATE.
#### 7 Div. 720.

Court of Appeals of Alabama.
Jan. 15, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(137 So. 927)

### Wilson, alias W. E., GREEN v. STATE.
#### 4 Div. 869.

Court of Appeals of Alabama.
Nov. 17, 1931.

RICE, J.
Affirmed.

(132 So. 915)

### W. H. GREGORY v. ALA. TRUST & SAVINGS BANK.
#### 8 Div. 287.

Court of Appeals of Alabama.
Jan. 22, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 921)

### Albert GRIDER v. STATE.
#### 4 Div. 721.

Court of Appeals of Alabama.
Nov. 18, 1930.

RICE, J.
Affirmed.